

Daniel T. Leav
Edward A. Steinberg
Daniela F. Henriques
Alexander Kran III
Ricardo J. Martinez

Rikki L. Davidoff
Managing Attorney

Regina Koyfman
Robert L. Rose
Eric D. Love
Justin V. White
Anthony M. Beneduce

75 Broad Street, Suite 1601
New York, New York 10004
office 212.766.5222
toll free 866.435.1609
fax 212.693.2377
email: lawyers@lstriallaw.com
website: www.lstriallaw.com

Bronx Office
2705 Eastchester Road
Bronx, New York 10469
office 718.515.4357

May 16, 2025

## JOINT REQUEST FOR ONE WEEK EXTENSION

**<u>Via ECF</u>**

**Hon. Paul A. Engelmayer**
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:** N.C., an infant by his mother and natural guardian Latifah Jones, and Latifah Jones, individually v. Philips North America LLC, et al.
      **Case No.:** 1:24-cv-05473-PAE

To the Hon. Paul A. Engelmayer:

      The parties respectfully submit this joint request for a brief, one-week extension of time to submit the Infant Compromise Order, currently due today, May 16, 2025.

      Plaintiff forwarded the proposed application and Order to defense counsel on May 15, 2025, following receipt of the final review from our settlement team to ensure compliance with all applicable rules and requirements. Defense counsel requires one week of additional time to review the materials with his clients. Accordingly, the parties jointly and respectfully request that the Court extend the submission deadline to May 23, 2025.

      We thank the Court for its attention and consideration of this request.

Respectfully submitted,

**LEAV & STEINBERG, LLP**

/AMB/
_____
Anthony M. Beneduce, Esq.
*Attorneys for Plaintiffs*
75 Broad Street, Suite 1601
New York, NY 10004
(212) 766-5222
abeneduce@lstriallaw.com

**GOLDBERG SEGALLA LLP**

/ML/
_____
Matthew P. Levy, Esq.
*Attorneys for Defendants Philips North America LLC and Amazon.com, Inc.*
50 Main Street, Suite 425
White Plains, NY 10606
(914) 798-5400
mlevy@goldbergsegalla.com

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 16, 2025
         New York, New York